JUNE 15, 1992

No. 91–7295. KYLE v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Shano, 955 F. 2d 291 (CA5 1992) (withdrawing United States v. Shano, 947 F. 2d

1263 (1991)), and United States Sentencing Commission, Guidelines Manual §4B1.2, comment., n. 2 (Nov. 1991). THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, and JUSTICE THOMAS dissent.